| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MELISSA A. SIMPSON | 09-2120-JPM |
| DEFENDANT | TYPE OF PROCESS |
| BEHAVIOR SERVICE OF TENNESSEE | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Behavior Service of Tennessee    Registered Agent: Carlos Gonzales

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1155 Gully Road, Cordova, TN 38016

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Melissa A. Simpson
5363 Clinchport Circle
Memphis, TN 38127

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

| Signature of Attorney or other Originator requesting service on behalf of: THOMAS M. GOULD, CLERK BY Deputy Clerk: _Earline Prayer_ | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 901-495-1200 | DATE 7/17/2009 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 76 | District to Serve No. 76 | Signature of Authorized USMS Deputy or Clerk _Cg_ | Date 7/21/09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
| 7-23-09 | | pm |

Signature of U.S. Marshal or Deputy
_William E. Lautz_ Cg

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
| 55.00 | | 8.00 | 63.00 | | |

REMARKS:
7-21-09 Certified Mail 70081830000228080625
7-23-09 Return Receipt Card received

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Judy Peacock   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 7/22/09 |
| 1. Article Addressed to:<br><br>R/A- Carlos Gonzales<br>Behavior Service of TN<br>1155 Cully Road<br>Cordova, TN 38106 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 7008 1830 0002 2808 0625 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 2ACPRI-03-Z-0985 |